UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STONE & YOUNGBERG LLC,

               Plaintiff,

       -against-

SCHRODER INVESTMENT
MANAGEMENT NORTH AMERICA, INC.,
SCHRODER SERIES TRUST AND
SCHRODER SHORT-TERM MUNICIPAL
BOND FUND

               Defendants.

------------------------------------------------------------x

05 Civ. 2614 (RJH)

**NOTICE OF CHANGE OF ATTORNEY**

      PLEASE TAKE NOTICE, that Eugene R. Licker, formerly of Kirkpatrick & Lockhart Nicholson Graham LLP, currently counsel of record for Plaintiff Stone & Youngberg LLC in the above captioned case, is being substituted by William O. Purcell as attorney for the Plaintiff. The undersigned requests that all papers in this action be served upon him, at the offices of Kirkpatrick & Lockhart Nicholson Graham LLP.

Dated: New York, New York
       July 26, 2005

                                                KIRKPATRICK & LOCKHART
                                                NICHOLSON GRAHAM LLP

                                                _William O. Purcell_
                                          By:   William O. Purcell (WP 5001)
                                                      599 Lexington Avenue
                                                      New York, NY 10022
                                                      (212) 536-3922
                                                      Fax: (212) 536-3901
                                                      Email: wpurcell@klng.com
                                                      Attorneys for Plaintiff

To: Robert Steven Fischler: (via facsimile)
     Ropes & Gray LLP
     45 Rockefeller Plaza
     New York, New York 10111
     Attorneys for Defendants